UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: )
) CASE NO. 13-36276
Jammie Lashell Smith CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Robert B. Duke, Jr., Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of **$500**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **7/21/2014**

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **3/11/2015**

3. Fees in the amount of $3,000. having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

4. The Attorney is the sole provider of legal services to the Debtor(s).

5. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

6. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
Tel: (804) 520-2428
Fax: (804) 518-5121

Certificate of Service

I certify that I on **5/27/2015** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all

creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
) CASE NO. 13-36276-KLP
Jammie Lashell Smith CHAPTER 13

Debtor(s)
913 Willcox Street
Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any 6600

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$500** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **6/21/2015** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on ______________________ at ____________________ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _______, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):
Robert B. Duke, Jr.
The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
Tel: (804) 520-2428
Fax: (804) 518-5121

Address of Chapter 13 Trustee:
Carl M. Bates, P. O. Box 1819, Richmond, VA 3218-1819

**5/26/2015**

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr. (VSB#74070)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
Tel: (804) 520-2428
Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **5/26/2015** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Robert B. Duke, Jr.

**Parties served:**

Carl M. Bates
P.O. Box 1780
Richmond, VA 3219-1780

Jammie Lashell Smith
913 Willcox Street
Petersburg, VA 23803

**NAME AND ADDRESSES OF CREDITORS**

**Agency Insurance**
7450 Coca Cola Dr
Mount Airy, MD 21771-0000

**America Law Group, Inc.**
2800 N. Parham Road
Suite 100

Henrico, VA 23294

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**Asset Acceptance LLC**
P.O. Box 2036
Warren, Mi. 48090

**Bank of America**
Attn: Bankruptcy Dept
PO Box 15026
Wilmington, DE 19850-0000

**Capitol One Bank**
Attn: Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130-0000

**Cawthorn, Deskevich & Gavin**
9701 Metropolitan Court
Suite C
Richmond, VA 23236-0000

**City of Petersburg**
Po Box 1271
Petersburg, VA 23804-0000

**Clearfield Apartments**
c/o CDG, PC
9701 Metro Ct #C
Richmond, VA 23236

**Columbia Gas**
Po Box 742529
Cincinnati, OH 45274-0000

**Comcast**
5401 Staples Mill Rd
Henrico, VA 23228-0000

**Dominion Law Assoc**
222 Central Park Ave
Ste 210
Virginia Beach, VA 23462-0000

**Dominion Law Assoc**
PO Box 62719
Virginia Beach, VA 23466-0000

**Eastern Account System INC.**

Attn: Bankruptcy Dept.
Po Box 837
Newtown, CT 06470-0000

**Express Check Advance**
2048 Sycamore St
Petersburg, VA 23805-0000

**First Virginia**
3219 Crater Rd
Suite C
Petersburg, VA 23805-0000

**IDR**
2532 East University Dr
Ste 350
Phoenix, AZ 85034-0000

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**LVNV Funding, LLC its successors and assigns as**
assignee of NCOP Capital III, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding, LLC its successors and assigns as**
assignee of CVF Consumer Acquisition
Company
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Medical Data Systems I**
2001 9th Ave
Suite 312
Vero beach, FL 32960-0000

**Medical Revenue**
PO Box 1940
Melbourne, FL 32902-0000

**Medical Revenue**
645 Walnut St
Gadsden, AL 35902-0000

**Midland Funding**
8875 Aero Dr Ste 200
San Diego, CA 92123-0000

**Midland Funding**

8875 Aero Drive, Suite 200
San Diego, CA 92123-0000

**Okinus**
PO Box 691
Pelham, GA 31779-0000

**Provak, Spivok & Collins**
4330 East West Hwy
Suite 900
Bethesda, MD 20814-0000

**Quantum3 Group LLC as agent for**
Worldwide Asset Purchasing II LLC
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Collins Asset Group LLC
PO Box 788
Kirkland, WA 98083-0788

**Southside Regional**
Po Box 501128
Saint Louis, MO 63150-0000

**Southside Regional Med Center**
200 Medical Park Blvd
Petersburg, VA 23805-0000

**Southside Regional Medical Center**
c/o PASI
PO Box 188
Brentwood, TN 37024

**Suntrust**
1340 W Washington St
Petersburg, VA 23803-0000

**US Attorney**
600 E Main St, 18th Flr
Richmond, VA 23218

**US Department of Education**
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

**Us Dept Of Ed/glelsi**
Po Box 7860
Madison, WI 53707-0000

**US Dept of Education**

Bankruptcy Dept
PO Box 65128
Saint Paul, MN 55165-0000

**USAA Bank**
10750 McDermott Pkwy
San Antonio, TX 78288-0000

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**West Asset Management Inc**
Po Box 1420
Sherman, TX 75091-0000